# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 15-39490 |
| Scott N. Jaffe, ) | |
| ) | Honorable A. Benjamin Goldgar |
| *Debtor.* ) | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Debtor Scott N. Jaffe, by and through his attorney, pursuant to 28 U.S.C. § 158(a)(1), files this Notice of Appeal and Statement of Election.

**Part 1**: Identify the appellant(s).

1. Name(s) of appellant(s):

    Scott N. Jaffe

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    Debtor

**Part 2**: Identify the subject of this appeal.

1. Describe the judgment, order, or decree appealed from:

    Final order denying Debtor's Motion to Avoid Lien of Creditor Laverne Williams (Docket No. 37)

2. State the date on which the judgment, order, or decree was entered:

    June 7, 2017 (Docket No. 51)

**Part 3**: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Laverne Williams         Attorney: Zane D. Smith
                                    Zane D. Smith & Associates, Ltd.
                                    221 N. LaSalle St., Suite 1320
                                    Chicago, Illinois 60601
                                    Telephone: (312) 245-0031

**Part 4**: Optional election to have appeal heard by District Court (applicable only in certain districts):

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐     Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

*Not Applicable*

**Part 5**: Sign below

Signature of attorney for appellant(s)                              Date:   June 20, 2017

/s/ Stephen J. Rosenfeld

Name, address, and telephone number of attorney:

Stephen J. Rosenfeld (ARDC #6216769)
MANDELL MENKES LLC
One North Franklin, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 251-1000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of Debtor's Notice of Appeal and Statement of Election, with attachments, has been served this 20th day of June, 2017 via the Court's CM/ECF system on:

> Zane D. Smith
> Zane D. Smith & Associates, Ltd.
> 221 N. LaSalle St., Suite 1320
> Chicago, Illinois 60601
> *Counsel for Creditor Laverne Williams*

/s/ Stephen J. Rosenfeld